IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**JORGE MUNOZ-RAMON,**<br>**FROILAN CUEVAS,**<br>**LUIS VALLEJO and**<br>**LUIS MEZA-GALVEZ,**<br><br>　　　　　**Defendants.** | **8:13CR244**<br><br>**ORDER** |

　　　Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

　　　IT IS SO ORDERED.

　　　Dated this 27th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**s/ Thomas D. Thalken**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**