IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE MUNOZ-RAMON, FROILAN CUEVAS, LUIS VALLEJO, and LUIS MEZA-GALVEZ,<br><br>    Defendants. | 8:13-CR-244<br><br>**FINAL ORDER OF FORFEITURE** |

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 376). On February 11, 2014, April 10, 2014, and June 27, 2014, the Court entered Preliminary Orders of Forfeiture (filings 192, 238, and 329) pursuant to 21 U.S.C. § 853. By way of these Preliminary Orders, the defendants forfeited to the United States their interests in the following properties:

  a. $396.00 in United States currency seized from the person of Jorge Munoz-Ramon on May 23, 2013.

  b. $226.00 in United States currency seized from the person of Froilan Cuevas on May 23, 2013.

  c. $772.00 and $4,000.00 in United States currency seized from the apartment at 4131 S. 25th St. #12, on May 23, 2013.

  d. $4,900.00, $777.00 and $680.00 in United States currency seized from Luis Vallejo.

  As directed by the Preliminary Orders, notices of this criminal forfeiture action were posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 18, 2014, and July 2, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 356) was filed on September 17, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and

after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

    IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 376) is granted.

2. All right, title, and interest in and to the properties described above, held by any person or entity, are hereby forever barred and foreclosed:

3. The above properties are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

Dated this 11th day of December, 2014.

                                            BY THE COURT:

                                            John M. Gerrard
                                            United States District Judge