IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JORGE MUNOZ-RAMON,<br><br>                Defendant. | 8:13-CR-244<br><br>JUDGMENT |

      In accordance with the accompanying Memorandum and Order, the defendant's pro se motion to vacate under 28 U.S.C. § 2255 (filing 414) is dismissed.

      Dated this 4th day of November, 2016.

                                        BY THE COURT:

                                      _____
                                      John M. Gerrard
                                      United States District Judge